USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAMON ANTHONY, et al.,

                Plaintiff,                09 **CIVIL** 5578 (BSJ)(RLE)

-against-                   **JUDGMENT**

FRANKLIN FIRST FINANCIAL, LTD.,     #12, 0328
                Defendant.
-------------------------------------------------------------X

       Plaintiffs Damon Anthony, Mervin Vaught, Jr., Ted Ishak, Ezzat Tom Ishak, Steven Safdieh, Ramy Hennedy, Robert Isha, and Michael Missak (collectively "Plaintiffs") and their former employer, Franklin First Financial, Ltd. ("Defendant") having reached a settlement as to Plaintiffs' damages, but were unable to settle the issue of Plaintiffs' statutory attorneys' fees; Plaintiffs having moved for attorneys' fees and costs of $253,943.45, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on February 16, 2012, having rendered its Memorandum and Order awarding Plaintiffs' $195,076 in attorneys' fees and $1,883.45 in costs, for a total of $196,959.45, and directing the Clerk of the Court to enter judgment accordingly, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 16, 2012, the Court awards Plaintiffs $195,076 in attorneys' fees and $1,883.45 in costs, for a total of $196,959.45.

**Dated:** New York, New York
        February 27, 2012                           **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                    **BY:**
                                                           **Deputy Clerk**

                    THIS DOCUMENT WAS ENTERED
                    ON THE DOCKET ON _____